| | |
|---|---|
| 1 | LUCAS VALLEY LAW |
| | MARK K. de LANGIS (SBN 190083) |
| 2 | 2110 Elderberry Lane |
| | San Rafael, California 94903 |
| 3 | Telephone: (415) 472-3892 |
| | Facsimile: (415) 472-3977 |
| 4 | mdelangis@lucasvalleylaw.com |
| | |
| 5 | Attorney for Plaintiffs |
| | AMERICAN PRESIDENT LINES, LTD. and |
| 6 | APL CO. Pte., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | AMERICAN PRESIDENT LINES, LTD., a corporation, and APL CO. Pte., LTD., a corporation, | No. C 08-05111 SI |
| 13 | Plaintiffs, | **STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE** |
| 14 | v. | |
| 15 | T&T GROUP, INC., a corporation, | |
| 16 | Defendant. | |

Pursuant to Civil Local Rules 6-1(b), 6-2(a), 7-12, and 16-2(d) and (e), plaintiffs American President Lines, Ltd. and APL Co. Pte., Ltd. (collectively "APL") and defendant T&T Group, Inc. ("T&T") request an order granting relief from the Case Management Schedule in the above-captioned matter.

No previous time modifications to the Case Management Schedule have been requested or granted. However, the parties have concurrently filed a Stipulated Request to Further Extend the Time to Respond to Complaint.

STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE

1  The requested enlargement of time/ relief from the Case Management Schedule is sought
2  because APL and T&T seek to explore all avenues of an early disposition of this dispute and are
3  in the process of exchanging documents and information to that end.  T&T's counsel has recently
4  provided to APL's counsel a letter brief, including documents, of approximately seventy-five
5  pages, supporting T&T's position in this matter.  APL's counsel has not been able to review the
6  documents with his client and/or respond to T&T with regard to the substantive issues raised in
7  T&T's submission.  The parties believe it would be beneficial to allow them to seek a possible
8  resolution of the matter, and thereby request relief from the Case Management Schedule.  (*See*
9  Declaration of Mark K. de Langis, filed in support of this Stipulated Request.)
10
11  IT IS HEREBY STIPULATED by and between plaintiff APL and defendant T&T that
12 the Case Management Schedule shall be vacated and amended to reflect the following dates:
13

| Date | Event | Governing Rule |
|---|---|---|
| 3/13/2009 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | FRCP 26(f) <br> ADR L.R. 3-5 |
| 3/13/2009 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 & <br> ADR. L.R. 3-5(b) |
| 3/13/2009 | File either Stipulation to ADR Process or Notice of Need for ADR Phone conference | Civil L.R. 16-8© & <br> ADR L.R. 3-5(b) & (c) |
| 3/27/2009 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | FRCP 26(a)(1) <br> Civil L.R. 16-9 |
| 4/3/2009 | Case Management Conference in Courtroom 10, 19th Floor, SF at 2:30 p.m. | Civil L.R. 16-10 |

STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE

2

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 6, 2009 | LUCAS VALLEY LAW |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ |
| 6 | | Mark K. de Langis<br>Attorneys for Plaintiffs<br>AMERICAN PRESIDENT LINES, LTD. |
| 7 | | APL Co. Pte., Ltd. |
| 8 | | |
| 9 | DATED: February 6, 2009 | FENWICK & WEST |
| 10 | | |
| 11 | | |
| 12 | | By: /s/ |
| 13 | | Bryan A. Kohm<br>Attorneys for Defendant |
| 14 | | T&T GROUP, INC. |
| 15 | | |
| 16 | | **PURSUANT TO STIPULATION, IT IS SO ORDERED** |
| 17 | | |
| 18 | Dated: _____ | _____ |
| 19 | | UNITED STATES DISTRICT JUDGE |

STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE

3

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO GENERAL ORDER 45** |
| 2 | I, Mark K. de Langis, attest that concurrence in the filing of this Stipulated Request for |
| 3 | Order Granting Relief From Case Management Schedule has been obtained from any signatories |
| 4 | indicated by a "conformed" signature (/s/) within this e-filed document. |
| 5 | I declare under penalty of perjury under the laws of the United States of America that the |
| 6 | forgoing is true and correct. |
| 7 | Executed this 6th day of February 2009, at San Rafael, California. |
| 8 | |
| 9 | _____/s/_____ |
| 10 | Mark K. de Langis |

STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE

4