LUCAS VALLEY LAW
MARK K. de LANGIS (SBN 190083)
2110 Elderberry Lane
San Rafael, California 94903
Telephone: (415) 472-3892
Facsimile: (415) 472-3977
mdelangis@lucasvalleylaw.com

Attorney for Plaintiffs
AMERICAN PRESIDENT LINES, LTD. and
APL CO. Pte., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LTD., a corporation, and APL CO., Pte., LTD., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>T&T GROUP, INC., a corporation,<br><br>Defendant. | Case No. C 08-05111-SI<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1 FURTHER EXTENDING DEFENDANT T&T GROUP, INC.'S DEADLINE TO RESPOND TO COMPLAINT TO MARCH 12, 2009** |

**WHEREAS**, Plaintiffs American President Lines, Ltd. and APL CO., Pte., Ltd. ("Plaintiffs") filed a Complaint on or about November 10, 2008 against Defendant T&T Group, Inc. ("T&T");

**WHEREAS**, T&T's response to the Complaint, absent extension, would originally have been due on or before December 22, 2008;

**WHEREAS**, Plaintiffs agreed, pursuant Local Rule 6-1, to grant T&T an extension of time to and including January 11, 2009, in which to answer, move or otherwise respond to the Complaint;

**WHEREAS**, Plaintiffs further agreed, pursuant Local Rule 6-1, to grant T&T a further extension of time to and including February 12, 2009, in which to answer, move or otherwise respond to the Complaint;

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT -1- CASE NO. C 08-05111-SI

1   **WHEREAS**, Plaintiffs and T&T mutually agree to a further extension, through and
including March 12, 2009, in which Defendant can answer, move or otherwise respond to the
Complaint, for the reason that APL and T&T seek to explore all avenues of an early disposition
of this dispute and are in the process of exchanging documents and information to that end; and

**WHEREAS**, this extension of time is not for purposes of delay and is submitted in
conjunction with the parties Stipulated Motion for Relief from Case Management Schedule,

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through
their respective attorneys of record, as follows:

    **1.** The parties jointly stipulate that, pursuant Local Rule 6-1, T&T's time in which to
answer, move or otherwise respond to the Complaint shall be extended to and include March 12,
2009.

**IT IS SO STIPULATED.**

Dated: February 5, 2009　　　　　　　　　FENWICK & WEST LLP

By: /s/
    Bryan A. Kohm

ATTORNEYS FOR DEFENDANT
T&T GROUP, INC.

Dated: February 5, 2009　　　　　　　　　LUCAS VALLEY LAW

By: /s/
    Mark de Langis

ATTORNEYS FOR PLAINTIFFS
AMERICAN PRESIDENT LINES, LTD. and
APL CO., PTE.., LTD.

**PURSUANT TO STIPULATION. IT IS SO ORDERED**

Dated: _____　　　　_____
                                                           U.S. DISTRICT JUDGE

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2     I, Mark K. de Langis, attest that concurrence in the filing of this Stipulation Further

3 Extending Time to Respond to Complaint has been obtained from any signatories indicated by a

4 "conformed" signature (/s/) within this e-filed document.

5     I declare under penalty of perjury under the laws of the United States of America that the

6 forgoing is true and correct.

7     Executed this 6th day of February 2009, at San Rafael, California.

8

9                            /s/

10                           Mark K. de Langis

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT     -3-     CASE NO. C 08-05111-SI