LAURENCE F. PULGRAM (CSB NO. 115163)
 *lpulgram@fenwick.com*
BRYAN A. KOHM (CSB NO. 233276)
 *bkohm@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
T&T Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LTD., a corporation, and APL CO., PTE., LTD., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>T&T GROUP, INC., a corporation,<br><br>Defendant. | Case No. C-08-05111-SI<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1 FURTHER EXTENDING DEFENDANT T&T GROUP, INC.'S DEADLINE TO RESPOND TO COMPLAINT TO MARCH 23, 2009** |

**WHEREAS**, Plaintiffs American President Lines, Ltd. and APL CO., Pte., Ltd. ("Plaintiffs") filed a Complaint on or about November 10, 2008 against Defendant T&T Group, Inc. ("T&T");

**WHEREAS**, T&T's response to the Complaint, absent extension, would originally have been due on or before December 22, 2008;

**WHEREAS**, Plaintiffs agreed, pursuant Local Rule 6-1, to grant T&T an extension of time to and including January 11, 2009, in which to answer, move or otherwise respond to the Complaint;

**WHEREAS**, Plaintiffs agreed, pursuant Local Rule 6-1, to grant T&T a further extension of time to and including February 12, 2009, in which to answer, move or otherwise respond to the

1  Complaint;

2  **WHEREAS**, Plaintiffs agreed, pursuant Local Rule 6-1, to grant T&T a further extension
3  of time to and including March 12, 2009, in which to answer, move or otherwise respond to the
4  Complaint;

5  **WHEREAS**, Plaintiffs and T&T continue to engage in discussions regarding a possible
6  resolution of this matter and mutually agree to a further extension, through and including March
7  23, 2009, in which Defendant can answer, move or otherwise respond to the Complaint, for the
8  reason that APL and T&T seek to explore all avenues of an early resolution of this dispute and
9  are in the process of exchanging documents and information to that end; and

10 **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through
11 their respective attorneys of record, as follows:

12 **1.** The parties jointly stipulate that, pursuant Local Rule 6-1, T&T's time in which to
13 answer, move or otherwise respond to the Complaint shall be extended to and include March 23,
14 2009.

15 **IT IS SO STIPULATED.**

16                                    FENWICK & WEST LLP

18                                    By:    /s/ Bryan A. Kohm
                                             Bryan A. Kohm
19
20                                    ATTORNEYS FOR DEFENDANT
                                      T&T GROUP, INC.

22                                    LUCAS VALLEY LAW

23                                    By:    /s/ Mark de Langis
24                                           Mark de Langis

25                                    ATTORNEYS FOR PLAINTIFFS
                                      AMERICAN PRESIDENT LINES, LTD. and APL
26                                    CO., PTE.., LTD.

27

28

STIPULATION EXTENDING TIME TO        -2-                    CASE NO. C-08-05111-SI
RESPOND TO COMPLAINT

| | |
|---|---|
| 1 | **PURSUANT TO STIPULATION. IT IS SO ORDERED** |
| 2 | NO FURTHER EXTENSIONS WILL BE GRANTED |
| 3 | Dated: _____  _____ |
| 4 | U.S. DISTRICT JUDGE |

STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT      -3-      CASE NO. C-08-05111-SI

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Bryan A. Kohm, attest that concurrence in the filing of this Stipulation Pursuant to Local Rule 6-1 Further Extending Defendant T&T Group, Inc.'s Deadline to Respond to Complaint to March 23, 2009, has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of March, 2009, at San Francisco, California.

/s/ Bryan A. Kohm
Bryan A. Kohm

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT -4- CASE NO. C-08-05111-SI