IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, | No. C 08-05111 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| T&T GROUP INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 10, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 6, 2009.

DESIGNATION OF EXPERTS: 11/23/09; REBUTTAL: 12/14/09.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 11, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by January 22, 2010;

    Opp. Due February 5, 2010;  Reply Due February 12, 2010;

     and set for hearing no later than February 26, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 30, 2010 at 3:30 PM.

JURY TRIAL DATE: April 12, 2010 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The defendant shall review and respond to the recent settlement offer.

The ENE session shall occur before June 15, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge